IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02265-RBJ-KMT

CYNTHIA SKEEN, Chapter 7 Trustee,

    Plaintiff,

v.

BANK OF NEW YORK, et al,

    Defendants.

---

## ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE CLOSURE

---

    THIS MATTER is before the Court on Plaintiff Cynthia Skeen's, Chapter 7 Trustee, and Defendants Bank of New York, MERS, Bank of America, N.A., Marie Barclay, Castle Stawiarski, LLC, and Alison L. Berry's Joint Motion for Administrative Closure. The Court, being fully advised in the premises, GRANTS the Motion.

    Pursuant to D.C.COLO.LCivR 41.2, the Clerk of Court is ordered to close this civil action administratively subject to reopening for good cause upon a motion by any party. This closing does not constitute a dismissal or a decision on the merits.

    DATED this 21st day of August, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge